FILED by __TM__ D.C.
ELECTRONIC
Dec 19, 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 12-80236-CR-RYSKAMP/HOPKINS

Case No. _____

18 U.S.C. § 842(j)
18 U.S.C. § 844(b)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARTIN MORGENROTH,

        Defendant.

_____/

### INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about October 6, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**MARTIN MORGENROTH,**

did store any explosive material, to wit, high explosive compounds containing triacetone triperoxide and diacetone diperioxide, in a manner not in conformity with regulations

promulgated by the Attorney General, in Title 27, Code of Federal Regulations, Sections 555.29, 555.201 and 555.203.

In violation of Title 18, United States Code, Sections 842(j) and 844(b).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| MARTIN MORGENROTH, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL     _X_ WPB    ___ FTP

New Defendant(s)        Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect   _____

4. This case will take   _2_   day(s) for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days     | _X_ | Petty   | ___ |
   | II  | 6 to 10 days    | ___ | Minor   | ___ |
   | III | 11 to 20 days   | ___ | Misdem. | _X_ |
   | IV  | 21 to 60 days   | ___ | Felony  | ___ |
   | V   | 61 days and over| ___ |         |     |

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:   Magistrate Case No.   _____
   Related Miscellaneous numbers:         _n/a_
   Defendant(s) in federal custody as of   _n/a_
   Defendant(s) in state custody as of    _n/a_
   Rule 20 from the   _____   District of   _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

*Penalty Sheet(s) attached

REV.4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   MARTIN MORGENROTH

Case No. _____

Count # 1:
    18 USC §§ 842(j) and 844(b)

    Storing High Explosive Compounds

*Max. Penalty: 1 Year Imprisonment; $100,000 Fine; not more than 1 year supervised release

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

Count:


*Max. Penalty:

Count :


*Max. Penalty:

1

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Martin Morgenroth, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

United States Magistrate Judge
*Judge's printed name and title*